# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:24-mj-363 |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE VASCURA |
| v. | : | |
| | : | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| GREGORY S. RIPPEL, | : | |
| Defendant. | : | |

The United States Attorney respectfully represents that **GREGORY S. RIPPEL (Inmate # 0422433)**, defendant in this cause, is detained in the custody of the Warden, Franklin County Corrections Center II, 2460 Jackson Pike, Columbus, OH 43223.

Petitioner further represents that the above-styled case has been set for Initial Appearance on Complaint before the Honorable Chelsey M. Vascura, United States Magistrate Judge for the Southern District of Ohio, at 10:30 AM on Thursday, July 25, 2024 at the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, OH 43215.

WHEREFORE, Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Southern District of Ohio and/or to any other authorized law enforcement officer, to bring the person of the above-named defendant before the Honorable Chelsey M. Vascura, United States Magistrate Judge for the Southern District of Ohio, at 10:30 AM on Thursday, July 25, 2024 at the Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, OH 43215 for the purpose of the proceeding stated above and retain him for forthcoming court proceedings until this case is concluded.

Dated: July 24, 2024

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Jennifer M. Rausch
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Jennifer.Rausch@usdoj.gov