UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-  Case No. 2:24-mj-363

**Gregory Rippel**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 7/25/2024 11:06am |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Jen Rausch |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Mike Hunter |
| INTERPRETER: | | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Dft submitted financial affidavit, CJA Panel Attorney Mike Hunter appointed
-Detention set for 7/30 at 1:30pm before Judge Deavers & Preliminary Hearing set for 8/8/2024 at 2pm before Judge Jolson
-Defendant remanded to custody of USMS